581 A.2d 1376

John GALLESE, Appellant,

v.

Daniel MOORE, Steven Flynn and Delmar Tavern, Inc.,
t/a Delmar Tavern.

Supreme Court of Pennsylvania.

Argued Oct. 22, 1990.

Decided Nov. 9, 1990.

Nino V. Tinari, Michael Tinari, Philadelphia, for appellant.

Lawrence M. Otter, Philadelphia, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed. *See Paulish v. Bakaitis*, 442 Pa. 434, 275 A.2d 318 (1971).

McDERMOTT, J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.